UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KERRY ROBINSON, on behalf of himself and all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GENERAL INFORMATION SERVICES, INC.,  )<br>)<br>)<br>Defendant.  )<br>) | C.A. No. 11-7782<br><br>CLASS ACTION |

**PLAINTIFF'S UNCONTESTED MOTION
FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND NOTICE TO CLASS**

Pursuant to Fed. R. Civ. P. 23(c) and Eastern District Local Rule 23.1, and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff Kerry Robinson moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Judgment and Order and Plaintiff's request for approval of agreed-upon attorney's fees and costs.

Defendant does not contest the requested relief.

Respectfully submitted,

Dated: June 13, 2014         **FRANCIS & MAILMAN, P.C.**

BY:   /s/ James A. Francis
       JAMES A. FRANCIS
       JOHN SOUMILAS
       DAVID A. SEARLES

- 2 -

LAUREN KW BRENNAN
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Attorneys for Plaintiff and the Class

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that on the date below, I caused a true and correct copy of the foregoing to be served by ECF notification upon the following counsel of record:

Cindy D. Hanson, Esq.
Ross Andre, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528

Michael O. Kassak, Esq.
WHITE & WILLIAMS LLP
Liberty View, Suite 400
457 Haddonfield Road
Cherry Hill, NJ  08002

*Attorneys for Defendant*
*General Information Services, Inc.*

Date: June 13, 2014                           *s/ James A. Francis*
                                              James A. Francis