UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY ROBINSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>　　　　　Defendant. | C.A. No. 11-7782<br><br>CLASS ACTION |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES**

Plaintiff Kerry Robinson hereby moves this Court for an award of attorneys' fees and costs, as prevailing party in this class action settlement under the Fair Credit Reporting Act.

The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declaration of Class Counsel.

Dated:  October 24, 2014　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**FRANCIS & MAILMAN, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ James A. Francis*
　　　　　　　　　　　　　　　　　　　　JAMES A. FRANCIS
　　　　　　　　　　　　　　　　　　　　JOHN SOUMILAS
　　　　　　　　　　　　　　　　　　　　DAVID A. SEARLES
　　　　　　　　　　　　　　　　　　　　100 South Broad Street, 19th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19110
　　　　　　　　　　　　　　　　　　　　(215) 735-8600

## CERTIFICATE OF SERVICE

I, **JAMES A. FRANCIS**, do hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's ECF Notification system upon all counsel of record.

      /s/ James A. Francis
      JAMES A. FRANCIS

Dated: October 24, 2014