IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KERRY ROBINSON**, | : : : **CIVIL ACTION** |
| Plaintiff, | : : **NO. 11-7782** |
| v. | : : |
| **GENERAL INFORMATION SERVICES, INC.**. | : : : |
| Defendant. | : : |

# ORDER

**AND NOW**, this __27th___ day of October, 2014, upon consideration of Plaintiff's Motions to Permit Filing Under Seal (Docs. 48 and 50), **IT IS ORDERED** that Plaintiff's Motions are **GRANTED**. Plaintiff's Exhibit A to Proposed Final Approval Order and Plaintiff's Exhibits B and D to Plaintiff's Motion for Attorneys' Fees and Costs are to be filed **UNDER SEAL**.

                                                    **BY THE COURT:**

                                                    /s/ Petrese B. Tucker

                                                    _____

                                                    **Hon. Petrese B. Tucker, U.S.C.J.**