IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KERRY ROBINSON**,<br><br>         **Plaintiff,**<br>    v.<br><br>**GENERAL INFORMATION SERVICES, INC.**.<br><br>         **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 11-7782** |

## ORDER

      **AND NOW**, this __4th__ day of November, 2014, upon consideration of Plaintiff's unopposed Motion for Attorneys' Fees and Costs (Doc. 51), **IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.  Plaintiffs are awarded a total of $313,162.87 in attorneys' fees and $6,607.13 in costs.


      BY THE COURT:

      /s/ Petrese B. Tucker

      _____

      **Hon. Petrese B. Tucker, U.S.C.J.**